In the Matter of the Claim of DORA I. RUANO, Respondent. LEGAL INTERPRETING SERVICES, INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted October 14, 2014; decided November 24, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.